# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 SEP 29 P 4: 28
CLERK OF COURT

(Full name of plaintiff(s))

Candice J. Taylor
6331-104th Street
Pleasant Prairie WI 53158

v.

(Full name of defendant(s))

Ascension
10180 Washington Ave
Sturtevant WI 53177

Case Number:

**25-C 1501**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __6331-104th Street Pleasant Prairie WI 53158__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Ascension Healthcare Wisconsin__
   (Name)

Complaint – 1

is (if a person or (private corporation)) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Ascension 10180 Washington Ave Sturtevant WI 53177_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

April 10th 2023 I returned to work after being gone a couple months for a personal leave. Within 1 month of being back I had to make a decision to resign as I could no longer take the disrespect and pettiness for staff which involved Tenya Combs, Jordan doos, Shawna Rodriguez, Dr. Muhammad, Hossin, Dr. Sameena Jawed, a student Kaleena Borkhuis and Supervisor Renee Celeste. They all were verbally abusive towards me, with threats of violence non of which have neither been provoked, warranted nor facilitated by me in any way. Shawna threatened to punch me in

Complaint – 2

the face just for smiling in the presence of all staff listed in here, and supervisor Renee. I was called lazy but weekly reported stat's showed my numbers better or just about the same as the other associates. I was written up for decision making due to my attendance which was covered by FMLA The threat to my person, employment and career has resulted in me being mentally, emotionally, and Psychologically anguished and in fear of my own safety safely at work as nothing was being done about it. This did happen to me before but not to this instant at my last position and I was told without proff there's nothing. So this time I left my person cell phone at my desk on record as this captured all the nasty things they said about me and my job as they was plotting against me to not do such work in our job guese to make me look bad I have audio recordings of staff saying they are 1/a unit but I was not included they stated on one recording they knew they were being recorded and they didn't like me not because I black but I lazy. Not to mention I have not had 1 bad review/evaluation my whole time work for Ascension. I lost my precious granddaughter at 3 months old as I woke up next to her cold body. Then to go back to work and didn't know I was going to have a target on my back. I had to sign a new job description as the only of the associates they said on the recording.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'd love the court to hold the associates/Doctors/supervisors accountable for their actions. The month before my granddaughter passed, my husband of 8 years left me and hearing how bad staff can treat someone who is torn for the physicians I faced as staff brought food and gifts for everyone except me and the supervisor was in on it telling them they have to do things in the parking lot. I'd like to be awarded money although its not going to bring my granddaughter back or last moments with her due to being exhausted by staff verbally attacking me as the supervisor watch then walked away. I lost everything and anything such as my 501k pension as well. Within 30 days of being back they killed my spirit to the lowest point where I wanted to commit suicide or checking into a mental hospital. My last day there I went to my doctors appt afterwards and my blood pressure was 182/210 stroke level.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __September__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__262-221-0417__
Plaintiff's Telephone Number

__Taylor_Candice83@yahoo.com__
Plaintiff's Email Address

__6331-104th Street Pleasant Prairie WI 53158__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5